[No. 23332–7–I.  Division One.  April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DORAL MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–00150–7, John E. Rutter, Jr., J., entered November 21, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22273–2–I.  Division One.  April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM C. ST. GERMAIN, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–03109–4, James A. Noe, J., entered April 14, 1988. *Reversed* by unpublished per curiam opinion.

[No. 23587–7–I.  Division One.  April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRYL ALAN WALKER, *Defendant,* JON LAWRENCE MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–03891–7, James J. Dore, J., entered January 23, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Swanson, J.

[No. 22381–0–I.  Division One.  April 2, 1990.]

*In the Matter of the Marriage of* KATHLEEN ABBOTT FISK, *Appellant, and* JAMES G. FISK, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–3–06361–1, Frank J. Eberharter, J., entered March 31, 1988. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Webster and Winsor, JJ.